IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:14-cv-214-D

| | |
|---|---|
| NIKKIA D. JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **REMAND ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Plaintiff's appeal from the Commissioner's final decision that she is not disabled. The Commissioner has filed her answer to the Plaintiff's complaint, and Plaintiff has filed her Motion for Judgment on the Pleadings. The Commissioner filed a Motion for Remand under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for the Commissioner to incorporate into the record and evaluate new and material evidence.

Accordingly, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings. On remand, this case will go back to an Administrative Law Judge for de novo review of the entire record, including the new and material evidence, and will assess the Plaintiff's claim for disability. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this

case while it is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

SO ORDERED this 9 day of July 2015.

/s/ James Dever

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

2